FILED
AUG 11 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:21CR00186 AGF (NAB) |
| DARIUS MCCULLUM, ERIC WILLIAMS, a/k/a "Emo," and STEVEN BELL, | ) ) ) ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including February 2021, in the City of St. Louis, within the Eastern District of Missouri, and elsewhere, the defendants,

**DARRIUS MCCULLUM,
ERIC WILLIAMS, a/k/a "Emo," and
STEVEN BELL**

knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT 2

The Grand Jury charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

### STEVEN BELL,

knowingly forcibly assaulted, resisted, apposed, impeded, intimidated, and interfered with J.P., a Drug Enforcement Administration Special Agent, while J.P. was engaged in the performance of official duties; and used a dangerous weapon during the commission of the offense.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT 3

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

### STEVEN BELL,

knowingly and intentionally possessed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 4

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

### STEVEN BELL,

knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**STEVEN BELL,**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney

3